IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01540-CMA-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and JAMES T. HUFFMAN, an individual,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the court on Defendants' **Unopposed Motion to Vacate and Reset Settlement Conference** [Docket No. 26; Filed September 22, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for October 2, 2009 at 9:30 a.m. is **vacated** and **reset** to **November 24, 2009 at 1:30 p.m.**

Dated:  September 22, 2009