IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00764-CMA-CBS

JOE VALDEZ,

    Plaintiff,

v.

WILLIAM J. BYERS, and
WERNER ENTERPRISES, INC., a Nebraska corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 19). The Court having considered the Stipulation and being fully advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and fees in this matter.

DATED: September   22  , 2009

                        BY THE COURT:

                        *(signature)*

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge