IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Insurance Company Representative to Participate by Telephone at November 24, 2009 Settlement Conference** [Docket No. 43; October 22, 2009] (the "Motion"). Although Defendants' title the Motion as "unopposed," Plaintiff does not agree with the relief requested, i.e., that the insurance representative may be available by telephone. Plaintiff does not object to the Motion as long as the insurance representative actively participates in settlement discussions by telephone.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants' insurance company representative shall participate in the settlement conference by telephone.

Dated:  October 23, 2009