IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion to Amend Scheduling Order and Extend Deadline to Complete Discovery as to Depositions and Subpoenas Duces Tecum Only, and to Extend Deadline to File Dispositive Motions** [Docket No. 62; Filed April 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [Docket No. 22] is modified as follows: the Discovery Cut-Off is extended to June 15, 2010 solely for the purpose of completing depositions and issuing subpoenas duces tecum to witnesses that are to be deposed. The Dispositive Motions Deadline is extended to July 1, 2010.

Dated: April 12, 2010