IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion to Amend Scheduling Order to: (1) Extend Deadline to Complete Discovery as to Depositions and Subpoenas Duces Tecum Only; (2) Extend Deadline to File Dispositive Motions; and Reset Final Pretrial Conference** [Docket No. 65; Filed June 14, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [Docket No. 22] is modified as follows: the Discovery Cut-Off is extended to July 30, 2010 solely for the purpose of completing depositions and issuing subpoenas duces tecum to witnesses who are to be deposed. The Dispositive Motions Deadline is extended to August 16, 2010.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for July 12, 2010 at 10:00 a.m. is **vacated** and **reset to September 8, 2010 at 10:00 a.m.** in Courtroom C-204**,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, on or before **August 12, 2010**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order

pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

If the rescheduled date is not convenient for the parties, Plaintiffs shall initiate a conference call with co-counsel and contact chambers at (303) 335-2770 in order to set a date for the Final Pretrial Conference.

Dated: June 15, 2010