IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

      Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on a **Motion for Protective Order Filed by W. Mark Meyer and John A. Rigas** [Docket No. 69; Filed July 13, 2010] (the "Motion"). Plaintiff has filed a response in opposition to the Motion [Docket No. 70].

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** for failure to comply with COLO.LCivR 7.1A, which requires the parties to confer prior to filing a motion and to so certify.

     If during the depositions, the parties are unable to reach agreement on a discovery issue, they shall arrange a conference call with the Court at (303) 335-2770 to attempt to resolve the issue.

Dated:  July 14, 2010