IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order and Extend Deadline to Complete Discovery to Permit One Deposition** [Docket No. 83; Filed September 29, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [Docket No. 22], as modified by [Docket No. 67] and [Docket No. 77] is further modified as follows: the Discovery Cut-Off is extended to **October 22, 2010** solely for the purpose of allowing Plaintiff to take the deposition of Marie Heuser.

DATE:   September 30, 2010