## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 09-cv-01540-WYD-KLM | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date:** November 12, 2010 | Courtroom Deputy, Cathy Coomes |

| | |
|---|---|
| TIMOTHY J. POWNELL, | Timothy Kratz |
| | Natalie R. Sullivan |
| **Plaintiff(s),** | |
| v. | |
| CREDO PETROLEUM CORPORATION and JAMES T. HUFFMAN, | Brett C. Painter |
| **Defendant(s).** | |
| W. MARK MEYER and JOHN A. RIGAS, | (No appearances) |
| **Interested Parties.** | |

### COURTROOM   MINUTES / MINUTE   ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:** 3:00 p.m.
Court calls case.   Appearances of counsel by telephone.

Telephonic Motion Hearing is scheduled regarding Defendant's Expedited Motion to Vacate and Reschedule Pretrial Conference and for Extension of Time to File Dispositive Motion [Docket No. 91, filed 11/11/10].

Argument and discussion regarding the motion and discussion regarding pending discovery issues.

**It is ORDERED:**   1.   Defendant's Expedited Motion to Vacate and Reschedule Pretrial Conference and for Extension of Time to File Dispositive Motion [Docket No. 91, filed 11/11/10] is GRANTED as follows:

- The Final Pretrial Conference set for November 22, 2010, is VACATED and RESET to **December 22, 2010, at 10:00 a.m.**

- The proposed Final Pretrial Order deadline is RESET to **December 14, 2010.**

- The dispositive motion deadline is extended to **January 21, 2011.**

2. No further extensions of time will be granted, absent exceptionally good cause.

3. A hearing on pending discovery issues is set for **November 17, 2010, at 11:30 a.m.**

HEARING CONCLUDED.
**Court in recess:**   3:23 p.m.
Time In Court:   00:23

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.