IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01540-WYD-KLM

TIMOTHY J. POWNELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation, and
JAMES T. HUFFMAN, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Sanctions for Failure to Comply With the Court's Discovery Orders** [Docket No. 123; Filed January 17, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** for failure to comply with Magistrate Judge Mix's procedures for handling discovery disputes.  *See* Scheduling Order [Docket No. 22; Filed September 14, 2009] at 12.  Accordingly,

    IT IS FURTHER **ORDERED** that the attorneys shall call the Court on a joint conference call to obtain a hearing regarding the dispute.  The Court's telephone number is 303.335.2770.

    Dated:  January 28, 2011