IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01540-WYD-KLM

TIMOTHY J. POWELL, an individual,

    Plaintiff,

v.

CREDO PETROLEUM CORPORATION, a Delaware corporation; and
JAMES T. HUFFMAN, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File a Supplemental Response Brief In Opposition to Defendants' Motion for Summary Judgment and Support Brief [ECF No. 176] ("the Motion"), filed April 15, 2011, is **GRANTED**.  Plaintiff's Supplemental Response Brief, attached as Exhibit A to the Motion shall be accepted as filed on this date.

    Dated:  April 18, 2011